**FILED**

**JUL 2 2 2015**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CASE NUMBER: 15-30112-SMY |
| ) | |
| vs. ) | 18 U.S.C. § 2 |
| ) | 18 U.S.C. §§ 1591(a)(1)-(2), (b)(1), (b)(2) |
| MICHAEL JOHNSON, ) | 18 U.S.C. §§ 1594(c)-(e) |
| a/k/a "Tru," "Daddy Tru," or "Mikey," ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges:

### COUNT 1
### Conspiracy to Commit Sex Trafficking of a Child
### and by Force, Fraud, or Coercion

Beginning on an unknown date, but from at least in or about January 2010, and continuing until July 2013, both dates being approximate and inclusive, in St. Clair County, Illinois, within the Southern District of Illinois, and elsewhere,

**MICHAEL JOHNSON,**
**a/k/a "Tru," "Daddy Tru," or "Mikey,"**

Defendant herein, did knowingly and intentionally combine, conspire, confederate and agree with others known and unknown to the Grand Jury, to recruit, entice, harbor, transport, provide, obtain, and maintain by any means one or more persons, and to benefit, financially and by receving anything of value, from participation in a venture that has recruited, enticed, harbored, transported, provided, obtained, and maintained a person, in and affecting interstate commerce, knowing, and in reckless disregard of the fact, that (1) such persons had not attained the age of 18 years and would be caused to engage in a commercial sex act, and (2) means of force, threats of force, fraud, and coercion would be used to cause such person to engage in a commercial sex

act in violation of Title 18, United States Code, Sections 1591(a)(1)-(2), (b)(1)-(2). All in violation of Title 18, United States Code, Section 1594(c).

## COUNT 2
### Sex Trafficking of a Child and by Force, Fraud, or Coercion

Beginning on or about January 16, 2010, and continuing until on or about February 11, 2010, and in or about January 2011 and continuing through on or about February 11, 2011, more exact dates being unknown to the Grand Jury, in St. Clair County, Illinois, within the Southern District of Illinois,

**MICHAEL JOHNSON,**
**a/k/a "Tru," "Daddy Tru," or "Mikey,"**

Defendant herein, did knowingly recruit, entice, harbor, transport, provide, obtain and maintain by any means, and did benefit, financially and by receiving something of value, from participation in a venture which recruited, enticed, harbored, transported, provided, obtained, and maintained, in and affecting interstate and foreign commerce, a person under the age of 18, namely S.Y., whose true identity is known to the Grand Jury, knowing, and in reckless disregard of the fact that S.Y. had not attained the age of 18 years and would be caused to engage in a commercial sex act, and knowing, and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion, as defined in Title 18, United States Code, Section 1591(e)(2), would be used to cause S.Y. to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1)-(2) and (b)(1)-(2) and 2.

2

## COUNT 3
### Sex Trafficking of a Child and by Force, Fraud, or Coercion

Beginning in or about January 2010, and continuing through on or about May 4, 2010, and again on or about February 11, 2011, more exact dates being unknown to the Grand Jury, in St. Clair County, Illinois, within the Southern District of Illinois,

**MICHAEL JOHNSON,**
**a/k/a "Tru," "Daddy Tru," or "Mikey,"**

Defendant herein, did knowingly recruit, entice, harbor, transport, provide, obtain and maintain by any means, and did benefit, financially and by receiving something of value, from participation in a venture which recruited, enticed, harbored, transported, provided, obtained, and maintained, in and affecting interstate and foreign commerce, a person who for part of the time period in question was under the age of 18, namely A.J., whose true identity is known to the Grand Jury, knowing, and in reckless disregard of the fact that A.J. had not attained the age of 18 years and would be caused to engage in a commercial sex act, and knowing, and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion, as defined in Title 18, United States Code, Section 1591(e)(2), would be used to cause A.J. to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1)-(2), (b)(1)-(2) and 2.

## COUNT 4
### Sex Trafficking of a Child and by Force, Fraud, or Coercion

From on or about December 17, 2010, and continuning until on or about January 12, 2011, more exact dates being unknown to the Grand Jury, in St. Clair County, Illinois, within the Southern District of Illinois,

**MICHAEL JOHNSON,**
**a/k/a "Tru," "Daddy Tru," or "Mikey,"**

Defendant herein, did knowingly recruit, entice, harbor, transport, provide, obtain and maintain by any means, and did benefit, financially and by receiving something of value, from participation in a venture which recruited, enticed, harbored, transported, provided, obtained, and maintained, in and affecting interstate and foreign commerce, a person under the age of 18, namely S.B., whose true identity is known to the Grand Jury, knowing, and in reckless disregard of the fact that S.B. had not attained the age of 18 years and would be caused to engage in a commercial sex act, and knowing, and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion, as defined in Title 18, United States Code, Section 1591(e)(2), would be used to cause S.B. to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1)-(2) and (b)(1)-(2) and 2.

## FORFEITURE ALLEGATION

As a result of committing the offenses alleged in Counts One through Four of this Indictment,

**MICHAEL JOHNSON,**
**a/k/a "Tru," "Daddy Tru," or "Mikey,"**

Defendant, shall forfeit to the United States pursuant to Title 18, United States Codes, Sections 1594(d) and (e), any and all property, real or personal, constituting or derived from any proceeds

the defendant obtained directly or indirectly as a result of said violations and any and all property used or intended to be used in any manner or part to commit or to facilitate the commission of the violations alleged in Counts One through Four.

A TRUE BILL:

███████████████

Foreperson

STEPHEN R. WIGGINTON
UNITED STATES ATTORNEY

Monica A. Stump
Assistant United States Attorney

5