CJA 23
(Rev. 11/11)

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

IN THE UNITED STATES ☒ DISTRICT COURT ☐ COURT OF APPEALS ☐ OTHER (Specify below)

IN THE CASE OF: U.S.A. v. Michael Johnson

FOR:
AT:

LOCATION NUMBER:

PERSON REPRESENTED (Show your full name): Michael Johnson

- 1 ☒ Defendant - Adult
- 2 ☐ Defendant - Juvenile
- 3 ☐ Appellant
- 4 ☐ Probation Violator
- 5 ☐ Supervised Release Violator
- 5 ☐ Habeas Petitioner
- 7 ☐ 2255 Petitioner
- 8 ☐ Material Witness
- 9 ☐ Other (Specify)

DOCKET NUMBERS
Magistrate Judge:
District Court:
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →): Conspiracy to Commit Sex Trafficking, Sex Trafficking of a child — 3 counts ☒ Felony ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**

Are you now employed? ☐ Yes ☒ No ☐ Self-Employed
Name and address of employer:
IF YES, how much do you earn per month? $
IF NO, give month and year of last employment?
How much did you earn per month? $
If married, is your spouse employed? ☒ Yes ☐ No
IF YES, how much does your spouse earn per month? $ DOES NOT KNOW
If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $

**INCOME & ASSETS**

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
RECEIVED / SOURCES
IF YES, give the amount received and identify the sources $

**CASH**
Do you have any cash on hand or money in savings or checking accounts? ☒ Yes ☐ No IF YES, total amount? $ NEGLIGIBLE

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
VALUE / DESCRIPTION
IF YES, give value and description for each $

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: ☒ Married
Total No. of Dependents:

List persons you actually support and your relationship to them:
Mike Johnson - 12
Mikeya Johnson - 10
Shayshay Rowe - 8
Tony Robinson - 20
Tamaocus - 15 cnu
Cynthia Rucker - 18

**DEBTS & MONTHLY BILLS** (Rent, utilities, loans, charge accounts, etc.)
DESCRIPTION / TOTAL DEBT / MONTHLY PAYMENT

I certify under penalty of perjury that the foregoing is true and correct.

Michael Johnson
SIGNATURE OF DEFENDANT
(OR PERSON REPRESENTED)

8-13-15
Date