IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 15-CR-30112-SMY |
| ) | |
| MICHAEL JOHNSON, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on Plaintiff's Motion for Order of Finding of No Third-Party Interests (Doc. 59) wherein the Government moves pursuant to 18 U.S.C. §§ 1594(d)&(e) to establish clear title to forfeited property for purpose of disposal. This Court entered its Preliminary Order for Forfeiture on July 12, 2016 (Doc. 34).

The Government properly published, for the requisite thirty day period, notice of its intent to dispose of the forfeited property on an official government website, www.forfeiture.gov, beginning July 24, 2016 and ending on August 22, 2016. No petition asserting a legal interest in the property was filed.

Accordingly, Plaintiff's Motion is **GRANTED** and the Court finds that there are no third-party interests to the following property that is the subject of the Order of Forfeiture at Doc. 34:

a. One JVC camcorder Model #GR-SX851U;
b. One Dell Inspiron 1545 laptop computer, bearing serial number 34198064533;
c. One Samsung cellular phone SGH-S125G, bearing serial number R21D7BYKF7R;
d. One Sprint LG cellular phone Model #LS670, bearing serial number 105KPG51867391;
e. One Sprint HTC cellular phone Model #PG86100, MEID: A100001B7CAC52;
f. One eMachine CPU M/N: T5226, bearing serial number CCU7230000131;
g. One iCon briefcase;
h. One Motorola Droid X cellular phone, MEID A0000022BA3739;
i. One Kyocera cellular phone Model C5133, DEC #268435462500651935;
j. One Samsung SGH-T329 cellular phone, bearing serial number RVUP704174J;

k. One Samsung SCH-U360 cellular phone, MEID: A0000024CAC705;

l. One eMachines CPU, bearing serial number 00148-107-319-379;

m. One Homemade Tattoo gun;

n. One Vivitar 602 Digital Camera, bearing serial number G0105423;

o. One blue Kodak Easyshare C160 Camera, bearing serial number KCGD4F93;

p. One silver Olympus Digital Camera VG110, bearing no serial number;

q. One green Kodak Easyshare M340 camera, bearing serial number KCGKP94505044;

r. One Belkin Router, bearing serial number 201144gb101309;

s. One Sprint Mini Signal Booster, bearing serial number 13047008227;

t. One Xanadu Modem, MAC Address: 00:04:6A:A9:96:24;

u. One Digiway Digital Scale; and

v. Miscellaneous computer equipment and accessories, including but not limited to the following:

    i. Three (3) SD cards (4 GB PNY) (2GB PNY) (1GB Kingston);

    ii. Miscellaneous cables and connectors; and

    iii. Miscellaneous DVDs/CDs.

**IT IS SO ORDERED.**

**DATED:  November 2, 2016**

                                        **s/ Staci M. Yandle**
                                        **STACI M. YANDLE**
                                        **United States District Judge**